

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TERMINE BAKER<br>Plaintiff<br>VS.<br>CROWN EQUIPMENT CORP, ET AL<br>Defendants | Civil No. 3:17-CV-00561<br><br>JUDGE JAMES<br>Magistrate Judge: Hayes |

## SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, TERMINE BAKER, and respectfully represents:

1.

Plaintiff, TERMINE BAKER, wishes to supplement the original Petition for Damages by adding Paragraph 16 to the original Petition for Damages so that the same will read as follows:

"16.

Plaintiff hereby demands a trial by jury in this action. The complaint was removed from the 4th Judicial District Court, Parish of Ouachita, State of Louisiana, to the United States District Court for the Western District of Louisiana on April 24th 2017.

2.

Plaintiff wishes to supplement and amend the original Petition for Damages by amending the prayer of the original Petition for Damages so that the same will read as follows:

WHEREFORE, Plaintiff, TERMINE BAKER, prays for Judgment herein in his favor and against Defendants, namely CROWN EQUIPMENT

CORPORATION, individually and jointly, in such amounts as are reasonable within the premises, and any and all other equitable relief, together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, and for trial by jury.

WHEREFORE, Plaintiff, TERMINE BAKER, prays:

I. That this amendment be deemed good and sufficient; and

II. For all the relief originally sought in the prayer of the original Petition for Damages, as amended herein.

**CERTIFICATE OF SERVICE**
I hereby certify that on the 21st day of September 2017, I electronically filed the foregoing Supplemental and Amending Complaint with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark J Neal
Neal Law Firm
P O Box 14657
Monroe, LA 71207
318-807-0929
Fax: 318-807-0926
Email: mneal@neallawfirm.net

Musa Rahman
Johnson Stiltner & Rahman (BR)
P O Box 98001
Baton Rouge, LA 70898-8001
225-231-0756
Fax: 225-231-0986
Email: mrahman@lwcc.com

This 21st day of September, 2017.

/s/John F. Bruscato
John F. Bruscato

Respectfully Submitted,

THE BRUSCATO LAW FIRM
2011 Hudson Lane
P.O. Box 2374
Monroe, LA 71207-2374
(318) 325-7577
Facsimile (318) 325-7532
john@bruscatolaw.com

Attorney for TERMINE BAKER

/s/John F. Bruscato
John F. Bruscato | BRN 34900